## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ALTON DANIEL BROWN,       : No. 71 MM 2014

          Petitioner          :

        v.                  :

DELAWARE COUNTY CLERK,     :

          Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.